(March 3, 2015)

■ The People of the State of New York, Respondent, v Jamal Chamlee, Also Known as Jamal Chanlee, Appellant. [2 NYS3d 336]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered November 8, 2012, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the second degree, criminal possession of a weapon in the second degree and criminally using drug paraphernalia, and sentencing him to an aggregate term of 12 years, unanimously reversed, on the law, and the indictment dismissed.

This Court previously held this appeal in abeyance pending a suppression hearing (120 AD3d 417 [1st Dept 2013]). Supreme Court granted defendant's motion to suppress the contraband at issue, and the People do not seek to challenge that determination. Accordingly, we vacate the conviction and dismiss the indictment. Concur—Gonzalez, P.J., Acosta, DeGrasse and Richter, JJ.